BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax:  (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorneys for Defendant Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRP FUND IV, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a National Banking Entity; QUALITY LOAN SERVICE CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>Defendants. | Case No.: 2:22-cv-00416-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE MOTION TO REMAND TO STATE COURT (ECF NO. 8)** |

Plaintiff TRP Fund IV, LLC (**TRP**). and Federal National Mortgage Association (**Fannie Mae**), by their attorneys, hereby submit this Stipulation for an extension of time for Fannie Mae to answer or otherwise plead up to and including May 8, 2022. In support of this Stipulation, the parties state as follows:

1. On March 22, 2022, TRP filed a motion to remand this action to state court (ECF No. 8), and Fannie Mae's response is due on April 5, 2022.

4. Counsel that previously represented Fannie Mae, Aaron Lancaster, no longer works for Troutman Pepper Hamilton Sanders LLP, and his replacement does not start until

PAGE 1

125031487

April 11, 2022. Counsel handling this file until that date, Brody Wight, will be out of the country until April 5, 2022, on his honeymoon.

    5.    For the above reasons, the parties have agreed to extend the date to respond to the motion to remand to April 19, 2022. The parties are requesting the extension in good faith and not to cause undue delay.

| DATED this 28 day of March 2022 | DATED this 28 day of March 2022 |
|---|---|
| **THE WRIGHT LAW GROUP, P.C.** | **TROUTMAN PEPPER HAMILTON SANDERS LLC** |
| */s/ John H. Wright* <br> John H. Wright, Esq. <br> Nevada Bar No. 6182 <br> 2340 Paseo Del Prado, Suite D-305 <br> Las Vegas, NV 89102 <br> *Attorney for Plaintiff TRP Fund IV, LLC* | */s/ Brody R. Wight* <br> Brody R. Wight, Esq. <br> Nevada Bar No. 13615 <br> 8985 S. Eastern Ave., Ste. 200, <br> Las Vegas, NV 89123 (*Nevada Office*) <br> 600 Peachtree St. NE # 3000, Atlanta, GA 30308 <br> *Attorney for Defendant Federal National Mortgage Association* |

Respectfully submitted by:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE # 3000, Atlanta, GA 30308
*Attorney for Federal National Mortgage Association*

                      **IT IS SO ORDERED.**

                Dated this __4__ day of April, 2022.

                _____
                Gloria M. Navarro, District Judge
                UNITED STATES DISTRICT COURT

125031487

# EXHIBIT 1

**Duarte, Evelyn S.**

| | |
|---|---|
| **From:** | John Wright <john@wrightlawgroupnv.com> |
| **Sent:** | Monday, March 28, 2022 4:08 PM |
| **To:** | Wight, Brody R.; Mark Anderson; Candi Ashdown; Dayana Shakerian |
| **Cc:** | Duarte, Evelyn S.; Hill, Christina N. |
| **Subject:** | RE: TRP Fund IV v. Fannie Mae 2:22-cv-00416- Dardenelle |

**EXTERNAL SENDER**

Yes, I agree to all of that

*John Henry Wright, Esq.*
The Wright Law Group, P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
john@wrightlawgroupnv.com



---

**From:** Wight, Brody R. <Brody.Wight@troutman.com>
**Sent:** Monday, March 28, 2022 9:40 AM
**To:** John Wright <john@wrightlawgroupnv.com>; Mark Anderson <mark@wrightlawgroupnv.com>; Candi Ashdown <Candi@wrightlawgroupnv.com>
**Cc:** Duarte, Evelyn S. <Evelyn.Duarte@troutman.com>; Hill, Christina N. <Christina.Hill@troutman.com>
**Subject:** RE: TRP Fund IV v. Fannie Mae 2:22-cv-00416

Hi John,

I just wanted to confirm a few things. First, I have confirmed that the foreclosure sale has officially been postponed to July on this one. I also wanted to confirm that you will allow us to file a responsive pleading after the motion to remand has been decided and will not file default. Finally, I wanted to ask if you would stipulate on an extension to respond to the motion to remand. Right now it is due on April 5, and I wanted to know if you would give us two weeks on that.

**Brody R. Wight**
**Attorney**
**troutman pepper**
Direct: 470.832.5562 | Mobile: 801.645.8978

**From:** John Wright <john@wrightlawgroupnv.com>
**Sent:** Tuesday, March 22, 2022 2:16 PM
**To:** Wight, Brody R. <Brody.Wight@troutman.com>; Mark Anderson <mark@wrightlawgroupnv.com>; Candi Ashdown <Candi@wrightlawgroupnv.com>
**Cc:** Duarte, Evelyn S. <Evelyn.Duarte@troutman.com>; Hill, Christina N. <Christina.Hill@troutman.com>
**Subject:** RE: TRP Fund IV v. Fannie Mae 2:22-cv-00416

**EXTERNAL SENDER**

Looks good- you may esign for me

*John Henry Wright, Esq.*
The Wright Law Group, P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
john@wrightlawgroupnv.com



**From:** Wight, Brody R. <Brody.Wight@troutman.com>
**Sent:** Tuesday, March 22, 2022 12:40 PM
**To:** John Wright <john@wrightlawgroupnv.com>
**Cc:** Duarte, Evelyn S. <Evelyn.Duarte@troutman.com>; Hill, Christina N. <Christina.Hill@troutman.com>
**Subject:** RE: TRP Fund IV v. Fannie Mae 2:22-cv-00416

Hi John,

In light of our conversation yesterday, I have attached an SAO regarding our responsive pleading. Please let me know if it looks ok to file.

**Brody R. Wight**
**Attorney**
**troutman pepper**
Direct: 470.832.5562 | Mobile: 801.645.8978
brody.wight@troutman.com

**From:** Wight, Brody R.
**Sent:** Monday, March 21, 2022 8:40 AM
**To:** 'john@wrightlawgroupnv.com' <john@wrightlawgroupnv.com>
**Cc:** Duarte, Evelyn S. <Evelyn.Duarte@troutman.com>; Hill, Christina N. <Christina.Hill@troutman.com>
**Subject:** TRP Fund IV v. Fannie Mae 2:22-cv-00416

Hi John,

Aaron Lancaster from our office has been handling this case on behalf of Fannie Mae. He has now left Troutman, and we have hired a new attorney to take his place, but she does not start for a bit. I was wondering if you would stipulate to push out all of the deadlines in this case a month including the deadline to file a response to the Complaint, which I believe is due tomorrow? I would very much appreciate any cooperation you could offer.

**Brody R. Wight**
**Attorney**
Direct: 470.832.5562 | Mobile: 801.645.8978
brody.wight@troutman.com

**troutman pepper**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.