JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada  89102
Telephone:  (702) 405-0001
Facsimile:  (702) 405-8454
Email: john@wrightlawgroupnv.com

*Attorney for Plaintiff*
*TRP FUND IV, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRP FUND IV, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a National Banking Entity; QUALITY LOAN SERVICE CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>Defendants. | CASE NO. 2:22-cv-00416-GMN-NJK<br><br>(Removed from 8th Judicial District, State of Nevada Case No. A-22-848487-C) |

### STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE

PLEASE TAKE NOTE that Plaintiff TRP FUND IV, LLC  and Defendants FEDERAL NATIONAL MORTGAGE ASSOCIATION and  QUALITY LOAN SERVICE CORPORATION by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff, TRP FUND IV, LLC's Complaint against Defendants FEDERAL NATIONAL MORTGAGE ASSOCIATION and  QUALITY LOAN SERVICE CORPORATION are hereby dismissed with prejudice; and

2. All claims against all parties are dismissed with prejudice; and

**[SIGNATURES CONTINUE ON NEXT PAGE]**

*Stipulation and Order to Release Funds
and Dismiss Action With Prejudice*
*CASE NO:* 2:22-cv-00416-GMN-NJK

3. Each party to this Stipulation shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated this 29th day of July, 2022.

**THE WRIGHT LAW GROUP, P.C.**

/s/ *John Henry Wright, Esq.*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89102

*Attorney for Plaintiff
TRP FUND IV, LLC*

Dated this 29th day of July, 2022.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ *Vanessa M. Turley, Esq.*
VANESSA M. TURLEY, ESQ.
Nevada Bar No.
BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
Las Vegas, NV 89123

*Attorneys for Defendant
Federal National Mortgage Association*

Dated this 29th day of July, 2022.

**MCCARTHY & HOLTHUS, LLP**

/s/ *Matthew P. Pawlowski, Esq.*
KRISTIN A. SCHULER-HINTS, ESQ.
Nevada Bar No. 7171
MATTHEW P. PAWLOWSKI, ESQ.
Nevada Bar No. 9889
9510 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

*Attorneys for Defendant Quality Loan Service Corporation*

## ORDER

**IT IS SO ORDERED.**

The Clerk of Court shall close this case.

Dated this __6__ day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT